UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES EDWARD ROBINSON                                             PETITIONER
ADC #159800

VS.                          5:17cv00031-BRW-JTR

WENDY KELLEY, Director,                                             RESPONDENT
Arkansas Department of Correction

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects. Judgment will be entered accordingly.

Accordingly, the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. No. 1) is DENIED, and that this case is DISMISSED with prejudice.

A Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

IT IS SO ORDERED, this 27th day of April, 2018.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE