UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES EDWARD ROBINSON　　　　　　　　　　　　　　　　　　PETITIONER
ADC #159800

VS.　　　　　　　　　　　　5:17cv00031-BRW-JTR

WENDY KELLEY, Director,　　　　　　　　　　　　　　　　　　　　RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 27th day of April, 2018.

　　　　　　　　　　　　　　　　　　/s/ Billy Roy Wilson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE